[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  14-14129
Non-Argument Calendar

_____

D.C. Docket No. 3:11-cr-00054-CAR-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK BAILEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(March 16, 2015)

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Charles E. Cox, Jr., counsel for Derrick Bailey, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent

review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct.  Because independent examination of the entire record reveals

no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Bailey's conviction and sentence are **AFFIRMED**.